Robert B. Hawk (Bar No. 118054)
robert.hawk@hoganlovells.com
HOGAN LOVELLS US LLP
525 University Avenue, 4th Floor
Palo Alto, CA 94301
TEL: (650) 463-4008
FAX: (650) 463 4199

Thad T. Dameris (to be admitted *pro hac vice*)
thad.dameris@hoganlovells.com
HOGAN LOVELLS US, LLP
700 Louisiana, Suite 4300
Houston, Texas 77002
TEL:   (713) 632-1400
FAX:   (713) 583-6297

David J. Weiner (Bar No. 219753)
david.weiner@hoganlovells.com
HOGAN LOVELLS US, LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
TEL:   (202) 637-5617
FAX:   (202) 637-5910

Attorneys for Defendants
Carnival Corporation, Carnival plc, Costa Crociere, S.p.A.,
and Costa Cruise Lines, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM LYNCH and JOANNA LYNCH, a married couple, individually, and on behalf of the general public.<br><br>Plaintiffs,<br><br>CARNIVAL CORPORATION, a Corporation of the Republic of Panama; CARNIVAL CORPORATION, a Florida Corporation; CARNIVAL plc, a Corporation of The United Kingdom; COSTA CROCIERE, S.p.A., a Corporation of the Republic of Italy a/k/a COSTA a/k/a COSTA CRUISE; COSTA CRUISE LINES, INC., a Florida Corporation and JOHN DOES 1-10<br>Defendants. | Case No. 2:13-cv-00060-JAM-EFB<br><br>**JOINT STIPULATION AND ORDER CONTINUING HEARINGS ON DEFENDANTS' MOTIONS TO DISMISS** |

Plaintiffs Adam Lynch and Joanna Lynch ("Plaintiffs") and Defendants Carnival Corporation, Carnival plc, Costa Crociere S.p.A., and Costa Cruise Lines, Inc. ("Defendants"), by and through their respective counsel of record, enter into the following stipulation, based upon the recitals below:

1. On June 28, 2013, Defendants filed a motion to dismiss Plaintiffs' complaint based on a mandatory forum selection clause (Dkt. #12) and a motion to dismiss Plaintiffs' complaint based on *forum non conveniens* (Dkt. #15).

2. The hearings on Defendants' motions are currently scheduled for August 21, 2013 at 9:30 a.m.

3. To promote the efficient resolution of the case, counsel for the parties have conferred and have agreed, subject to Court approval, that the hearings be continued to September 11, 2013 at 9:30 a.m.

IT IS SO STIPULATED.

Dated: August 13, 2013

*/s/ Robert B. Hawk*
Robert B. Hawk (Bar No. 118054)
robert.hawk@hoganlovells.com
HOGAN LOVELLS US LLP
525 University Avenue, 4th Floor
Palo Alto, CA 94301

Thad T. Dameris (to be admitted *pro hac vice*)
thad.dameris@hoganlovells.com
HOGAN LOVELLS US, LLP
700 Louisiana Street, Suite 4300
Houston, Texas 77002

David Weiner (Bar No. 219753)
david.weiner@hoganlovells.com
HOGAN LOVELLS US, LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004

Counsel for Defendants Carnival Corporation, Carnival plc, Costa Crociere, S.p.A., and Costa Cruise Lines, Inc.

- 1 -   STIPULATION AND [PROPOSED] ORDER CONTINUING HEARINGS

\\080683/000019 - 1063210 v1

| | | |
|---|---|---|
| 1 | Dated: August 13, 2013 | */s/ Gary W. Gorski* (as authorized on August 12, 2013) |
| 2 | | Gary W. Gorski (Bar No. 166526) |
| | | usrugby@gmail.com |
| 3 | | LAW OFFICES OF GARY W. GORSKI |
| | | 1207 Front Street, Suite 22 |
| 4 | | Sacramento, CA 95814 |
| | | TEL: (916) 965-6800 |
| 5 | | |
| 6 | | Counsel for Plaintiffs Adam and Joanna Lynch |

## ORDER

PURSUANT TO STIPULATION, and good cause appearing, the Court hereby orders that the hearings on Defendants' motions to dismiss are continued to September 11, 2013.

IT IS SO ORDERED.

Dated:  8/12/2013                              /s/ John A. Mendez
                                               Honorable John A. Mendez
                                               United States District Court Judge