1  THE LAW OFFICES OF GARY W. GORSKI
   Gary W. Gorski - SBN: 166526
2  1207 Front St., Suite 22
   Sacramento, CA 95814
3  Tel. (916) 965-6800
   usrugby@gmail.com
4
   Co-Counsel
5  THE LAW OFFICE OF DANIEL M. KARALASH
   1207 Front St., Suite 15
6  Sacramento, CA 95814
   Tel. (916) 787-1234
7

**FILED**

OCT 0 9 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| ADAM LYNCH et al., | ) | CASE NO.: 2:13-cv-00060-JAM-EFB |
|---|---|---|
| Plaintiffs, | ) | STIPULATED DISMISSAL WITH PREJUDICE OF ENTIRE ACTION (FRCP 41(a)(1)(A) (ii)) |
| vs. | ) | |
| CARNIVAL CORPORATION, a Corporation of the Republic of Panama; et al. | ) | |
| Defendants. | ) | |

**STIPULATED DISMISSAL
WITH PREJUDICE OF ENTIRE
ACTIONS (FRCP 41(a)(1)(A) (ii))**

PLEASE TAKE NOTICE.

Plaintiffs Adam Lynch and Joanna Lynch ("Plaintiffs") and Defendants Carnival Corporation, Carnival plc, Costa Crociere S.p.A., and Costa Cruise Lines, Inc. ("Defendants"), by and through their respective counsel of record, enter into the following stipulation:

That all the parties to this action hereby stipulate to a complete **dismissal of the entire action with prejudice**.

The parties hereby further stipulate and agree that this dismissal of the entire action is with prejudice, each side waiving any claim for costs or fees. The result of this stipulation is now the case is entirely closed.

1.

1  **It is so stipulated,**

2  DATED: September 9, 2013

Respectfully submitted,
/s/ Gary W. Gorski
THE LAW OFFICES OF GARY W. GORSKI
Gary W. Gorski - SBN: 166526
1207 Front St., Suite 22
Sacramento, CA 95814
Tel. (916) 965-6800
usrugby@gmail.com

**Counsel for Plaintiffs Adam and Joanna Lynch**

Dated: September 9, 2013

/s/ Robert B. Hawk
Robert B. Hawk (Bar No. 118054)
robert.hawk@hoganlovells.com
HOGAN LOVELLS US LLP
525 University Avenue, 4th Floor
Palo Alto, CA 94301

Thad T. Dameris (to be admitted pro hac vice)
thad.dameris@hoganlovells.com
HOGAN LOVELLS US, LLP
700 Louisiana Street, Suite 4300
Houston, Texas 77002

David Weiner (Bar No. 219753)
david.weiner@hoganlovells.com
HOGAN LOVELLS US, LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004

**Counsel for Defendants Carnival Corporation, Carnival plc, Costa Crociere, S.p.A., and Costa Cruise Lines, Inc.**

PURSUANT TO STIPULATION, and good cause appearing, the Court hereby orders that the entire action be dismissed with prejudice, each side waiving cost and fees. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: __10-9-__, 2013

The Honorable John A. Mendez
United States District Court Judge

2.